IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH KORKOW, and LISABETH KORKOW,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>Defendant. | **8:23CV307**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 29). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed in its entirety, with prejudice, with each party to bear their own expenses and fees.

Dated this 5th day of April, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge